EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA DE LA ROSA,

    Plaintiff,

-against-

BB YOU & ME NAIL, INC., BB NAIL YOU & ME INC.
and 169 HOLDING CORP.,

    Defendants.

---

Case No. 15CV03014 (KPF)

STIPULATION OF DISMISSAL

Plaintiff and Defendants, through their undersigned attorneys, hereby stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and an agreement among them, to the voluntary dismissal of the above-captioned action, including all cross-claims, with prejudice, and without costs, attorneys' fees, expenses or disbursements to any party as against the other, subject to the terms of the Parties' Stipulation of Settlement.

Dated: September   , 2015

Rosengarten & Weiss

By: Donald J. Weiss
Attorneys for Plaintiff
363 Seventh Avenue
New York, NY 10001

Richard U. Pak, Esq.
Attorney for Defendants
BB You & Me Nail, Inc., & BB Nail You & Me Inc.
39-01 Main Street
Flushing, NY 11354

Shapiro Arato, LLP

By: Eric S. Olney, Esq.
Attorneys for Defendant
169 Holding Corp.
500 Fifth Avenue
New York, NY 10010

SO ORDERED:

_____
USDCJ